**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

| | |
|---|---|
| **In re:**<br><br>**REMEDIUM PHARMACY, LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 26-40803-EDK** |

**JOINDER OF AMERISOURCEBERGEN DRUG CORPORATION**
**IN PORTIONS OF THE DEBTOR'S OBJECTION TO UNITED**
**STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE**

AmerisourceBergen Drug Corporation ("ABDC") hereby files this joinder ("Joinder") to portions of the *Debtors' Objection to the United States Trustee's Motion to Appoint a Chapter 11 Trustee* [Docket No. 65] (the "Objection") of the above-captioned debtor and debtor in possession (the "Debtor") to the *United States Trustee's Motion to Appoint a Chapter 11 Trustee* [Docket No. 47] (the "Motion"). In support of this Joinder, ABDC respectfully states as follows.

1.      ABDC is a pre-petition secured creditor and holder of claims under 11 U.S.C. §503(b)(9) and, upon information and belief, is the largest supplier of pharmaceuticals to the Debtor both pre-petition and post-petition.

2.      ABDC hereby joins in Section IV of the Objection solely on the basis that it is unlikely that a chapter 11 trustee would be able to secure needed financing to purchase sufficient product on a prepaid basis and to operate the Debtor's business in the ordinary course which is likely to cause the liquidation of the Debtor. ABDC hereby joins in Section VI of the Objection for the reasons set forth therein, as granting the Motion and appointing a chapter 11 trustee is not in the best interests of creditors.

THEREFORE, ABDC respectfully requests that the Court deny the Motion and grant such further relief as is just and proper.

Respectfully submitted,

**AmerisourceBergen Drug Corporation**,

By its counsel,

Dated: July 31, 2026

/s/ Domenic E. Pacitti
Domenic E. Pacitti, Esq. (admitted *pro hac vice*)
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
Email: dpacitti@klehr.com

-and-

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Email: mbranzburg@klehr.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2026, the foregoing document was filed with the United States Bankruptcy Court - District of Massachusetts and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

/s/ Domenic E. Pacitti
Domenic E. Pacitti, Esq.